IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :       CIVIL ACTION NO. 25-CV-5723
SHADAYA MILLER                            :

## ORDER

AND NOW, this 8th day of January, 2026, upon consideration of Shadaya Miller's Motion to Proceed *In Forma Pauperis* (ECF No. 5), Prisoner Trust Fund Account Statement (ECF No. 6), and *pro se* Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this case.

2. The Clerk of Court is further **DIRECTED** to vacate the December 1, 2025 Order (ECF No. 4) dismissing this case.

3. The Clerk of Court is further **DIRECTED** to update the caption to reflect that Chester County Prison is the Defendant in this matter in accordance with the Amended Complaint.

4. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

5. Shadaya Miller, #0081247, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Chester County Prison or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Miller's inmate account; or (b) the average monthly balance in Miller's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Miller's inmate

trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Miller's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

6. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Chester County Prison.

7. The Amended Complaint is **DEEMED** filed.

8. Miller's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

9. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
**KAI N. SCOTT, J.**